UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | C.A. No. 05- |
| v. | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | CA 06 57ML |

## COMPLAINT

1. Plaintiff James H. Reyelt is a citizen of Florida residing in West Palm Beach, Florida.

2. Defendants William B. Danzell and Louisa F. Beenker Danzell are citizens of South Carolina residing in Hilton Head, South Carolina, or are otherwise citizens of a state other than Florida.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332, in that the citizenship of the parties is diverse, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

4. On August 28, 2000 and September 3, 2003, respectively, defendants Danzell and plaintiff Reyelt (by power of attorney) executed a Single/Multi Family Purchase and Sales Agreement (the "Agreement"), with a Rider A ("Rider A"). A true and accurate copy of the Agreement and Rider A, and a pro forma copy of Rider A, are attached as Exhibit A.

5. Rider A provides, in pertinent part, "Buyers agree that they will file for a Variance [with the Town of Barrington, Rhode Island] within three months of the closing date . . ."

6. Pursuant to the Agreement, on the closing date, October 30, 2003, defendants Danzell executed a promissory note (the "Note") payable to plaintiff Reyelt in the amount of $200,000, plus interest, attorneys' fees and expenses as provided, in favor of plaintiff Reyelt. A true and accurate copy of the Note is attached as Exhibit B.

7. Defendants Danzell failed to file an application for a variance with the Town of Barrington, Rhode Island within three months of the closing date, and failed and refused to pay the Note, and therefore are liable to plaintiff Reyelt under Rider A and under the Note.

8. After due and proper demand, defendants Danzell have failed and refused to pay plaintiff Reyelt such sums as are due and owing.

WHEREFORE, plaintiff James Reyelt demands judgment against defendants William B. Danzell and Louisa F. Beenker Danzell, jointly and severally, in the amount of $200,000, together with interest at the rate of five (5) per cent per annum from the date of the closing, October 30, 2003, to October 30, 2004, interest at the rate of twelve (12) percent per annum from and after October 30, 2004, reasonable legal fees and expenses, and for his costs.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: February 3 , 2006