# PROMISSORY NOTE SECURED BY REAL PROPERTY

FOR VALUE RECEIVED, the undersigned, William B. Danzell and Louisa F. Beenker Danzell of 10 Payne Road, Barrington, Rhode Island, promise to pay to the order of James H. Reyelt of Barrington, Rhode Island , the principal sum of Two Hundred Thousand Dollars ($200,000.00) in legal tender of the United States, with interest thereon from this date at the rate of five (5) per centum per annum, on the unpaid balance until paid, in full on October 30, 2004.

Principal and interest are payable to James H. Reyelt in care of his counsel, Harold Jacobi, at Jacobi & Associates, P.A., Four Militia Drive, Suite 14, Lexington, Massachusetts 02421, or at such other place as the holder hereof may designate in writing.

Should payment not be paid when due, or should the makers, hereof fail to comply with any of the terms or requirements of a mortgage of even date herewith, conveying mortgage interests to real property located at 10-12 Payne Road, Barrington, in Bristol County, Rhode Island, as security for this indebtedness, the entire unpaid principal sum evidenced by this note, with all accrued interest, shall, at the option of the holder, and without notice to the undersigned, become due and may be collected forthwith, time being of the essence of this contract. It is further agreed that failure of the holder to exercise this right of accelerating the maturity of the debt, or indulgence granted from time to time, shall in no event be considered as a waiver of such right of acceleration or estop the holder from exercising such right.

The makers hereby severally waive and renounce for themselves, any and all exemption rights any of them may have under or by virtue of the Constitution or laws of Rhode Island, or the United States, as against this debt or any renewal thereof; and the makers further waive demand, protest and notice of demand, protest and non-payment.

In the event of default and the holder, James H. Reyelt, places this note in the hands of counsel for collection, all costs of collection, including reasonable legal fees and expenses shall be borne by and be paid by the makers.

In the event of default in the payment of the unpaid balance, and in the event the holder of this note should elect on account of such default, to declare the unpaid balance of the principal sum due and payable, said principal sum, or so much thereof as may remain unpaid at the time of such default, shall bear interest at the rate of twelve per centum (12%) per annum from the date of such default.

This contract is to be construed in all respects and enforced according to the laws of the State of Rhode Island.

PREPAYMENT PRIVILEGE: The indebtedness represented by this Promissory Note may be prepaid in whole or in part at any time without penalty, with the amount of any such prepayment being applied first to any accrued and outstanding interest, and then to reduction of principal.



**EXHIBIT B**

In witness whereof, the undersigned, William B. Danzell and Louisa F. Beenker Danzell have executed this instrument with seal affixed hereto.

**IN WITNESS WHEREOF**, we have hereunto set our hands and seals this ______ day of October, 2003.

_________________________
William B. Danzell

_________________________ by attorney in fact
Louisa F. Beenker Danzell

**STATE OF RHODE ISLAND**

BRISTOL, SS: DATE: October 30th, 2003

Then personally appeared William B. Danzell individually and in his capacity as attorney in fact for Louisa F. Beenker Danzell and acknowledged the foregoing instrument to be their free act and deed, before me,

_________________________
Please Print Name:

Notary Public
My Commission Expires:

OFFICIAL SEAL
MATTHEW D. SLEPKOW
NOTARY PUBLIC – RHODE ISLAND
My Comm. Expires Nov. 20, 2005



**EXHIBIT B**