UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES H. REYELT,<br>*Plaintiff,*<br>vs.<br>WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,<br>*Defendants.* | C.A. No. 06-0057ML |

**ANSWER OF DEFENDANTS,**
**WILLIAM B. DANZELL AND LOUISA F. BEENKER DANZELL**

Now come defendants, William B. Danzell and Louisa F. Beenker Danzell and hereby answer plaintiff's Complaint as follows:

1. These Defendants admit the allegations contained in Paragraphs 1, 2, 3, 4 and 6 of the plaintiff's complaint.

2. These Defendants make no response to the allegations contained in Paragraph 5 and state that the agreement attached as Exhibit A speaks for itself.

3. These Defendants deny the allegations contained in Paragraphs 7 and 8 of the plaintiff's complaint.

Defendants,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 1st day of March 2006, to:

Gordon P. Cleary, No. 1948
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 Fax
gcleary@vetterandwhite.com

Laura [signature]