UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT,<br>Plaintiff<br><br>v.<br><br>WILLIAM B. DANZELL and<br>LOUISA F. BEENKER DANZELL,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-0057ML |

## ACCEPTANCE OF SERVICE

The undersigned counsel for defendants William Danzell and Louisa F. Beenker Danzell hereby accepts, on behalf of each defendant, service of the Summonses and Complaint in this action. Service has been accepted this ~~21~~st (28th M.D.) day of February, 2006, acknowledging no objection to process or sufficiency of service of process.

Marc DeSisto, Esq., No. 2757
DESISTO LAW OFFICES
Attorneys for Defendants
211 Angell Street
Providence, Rhode Island 02906
(401) 272-4442
(401) 272-9937 FAX
marc@desistolaw.com

Dated: February 21, 2006

**CERTIFICATE OF SERVICE**

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Acceptance of Service by mailing first class mail, postage prepaid, on the 6th day of March, 2006.

Lisa A. Larivière