AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

JAMES H. REYELT,
Plaintiff
V.
WILLIAM B. DANZELL and
LOUISA F. BEENKER DANZELL,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 57 ML

TO: (Name and address of defendant)

Ms. Louisa F. Beenker Danzell

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

February 3, 2006
DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| | ) | C.A. No. 06-0057ML |
| v. | ) | |
| | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**ACCEPTANCE OF SERVICE**

The undersigned counsel for defendants William Danzell and Louisa F. Beenker Danzell hereby accepts, on behalf of each defendant, service of the Summonses and Complaint in this action. Service has been accepted this ~~21~~st 24th M.D. day of February, 2006, acknowledging no objection to process or sufficiency of service of process.

Marc DeSisto, Esq., No. 2757
DESISTO LAW OFFICES
Attorneys for Defendants
211 Angell Street
Providence, Rhode Island 02906
(401) 272-4442
(401) 272-9937 FAX
marc@desistolaw.com

Dated: February 21, 2006