# ATTACHMENT 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| | ) | C.A. No. 06-0057ML |
| v. | ) | |
| | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANTS**

PLEASE TAKE NOTICE that pursuant to Rule 36 of the Federal Rules of Civil Procedure, plaintiff James H. Reyelt requests defendants William B. Danzell and Louisa F. Beenker Danzell ("defendants" or "Danzells") to make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility that may be interposed at the trial.

Any matter below not answered or objected to in writing and signed by defendants or defendants' attorney within 30 days after service will be considered admitted. Any objection must include the reasons therefore.

Answers must specifically deny the matter or set forth in detail why defendants cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that defendants qualify an answer or deny only part of the matter of which an admission is requested, defendants must specify so much of it as is true and qualify or deny the remainder. Defendants may not give lack of information or knowledge as a reason for failure to admit or deny unless defendants state that they have made reasonable inquiry and that the information known or readily obtainable by defendants is insufficient to enable defendants to admit or deny.

It is not grounds for objection that defendants consider the subject of the requested admission a genuine issue for trial. Defendants may, subject to the provisions of Rule 37(c) of the Federal Rules of Civil Procedure, deny the matter or set forth reasons why they cannot admit or deny it.

**REQUESTS**

REQUEST NO. 1:

The document attached hereto as Exhibit A is a true and accurate copy of a July 22, 2003 letter from defendant William Danzell to Lisabeth Herbst, the agent for the Danzells, in connection with the Danzells' purchase of the Property.

REQUEST NO. 2

The document attached hereto as Exhibit B is a true and accurate copy of an August 18, 2003 purchase offer, with Addendum A, signed by William Danzell on August 18, 2003.

REQUEST NO. 3:

The documents attached as Exhibits C through G are true and accurate copies of letters sent by counsel for plaintiff James Reyelt and received by counsel for defendants William Danzell and Louisa Beenker Danzell within a week of the date appearing on each such letter.

REQUEST NO. 4:

The Danzells' "Application for Special Use Permit" (the "Application") was filed with the Zoning Board for the Town of Barrington ("the Zoning Board") on August 18, 2004.

REQUEST NO. 5:

The documents attached as Exhibit H are true and accurate copies of the plans the Danzells filed with the Application.

REQUEST NO. 6:

The Application was heard by the Zoning Board on October 21, 2004.

REQUEST NO. 7:

At the October 21, 2004 hearing on the Application, no witness, lay or expert, testified on behalf of the Danzells.

REQUEST NO. 8:

The Danzells did not appear in person at the October 21, 2004 hearing on the Application.

REQUEST NO. 9:

As of April 1, 2006, the Danzells had not lived in the property.

REQUEST NO. 10:

The Danzells have made no payments to James Reyelt since the closing on October 30, 2003.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: May 8 , 2006

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that I served on the above-named counsel of record a copy of the within Plaintiff's Request for Admissions to Defendants by mailing first class mail, postage prepaid, on the 8th day of May, 2006.

Lisa A. Lariviere

July 22, 2003

Lisabeth Herbst
Residential Properties LTD.

FAX: (401) 245-9636

Dear Lisabeth:

Per this morning's information that 10-12 Payne Road is a "non-conforming use" property and would require Zoning Board approval for us to tear down the main house and construct a new home, we are withdrawing our offer to purchase the property.

I have put stop payments on both checks issued as a down payment.

Please advise the Seller that we do not intend to go forward in purchasing the property.

Sincerely yours,

William B. Danzell

REY-000259

EXHIBIT A

RESIDENTIAL PROPERTIES LTD

☐ Providence, RI 02903 401-274-4740 Fax: 272-9044 Office Code: Resi
☐ Cumberland RI 02864 401-333-9333 Fax: 333-6019 Office Code Resi 01
☐ E. Greenwich RI 02864 401-885-8400 Fax: 885-1250 Office Code: Resi 03
☐ Barrington, RI 02806 401-245-9600 Fax: 245-9636 Office Code Resi 05
☐ Wakefield, RI 02879 401-789-0711 Fax: 783-8199 Resi Code: Resi 06

Date 8/15/03

Received of William B. & Luisa Danzell

Address 65 Brams Pt. Rd, Hilton Head SC 29926

The sum of $500 -

for deposit to purchase property at 10-12 Payne Rd, Barrington RI 02806

for the sum of $1,425,000* (See attached Addendum A)

A deposit totaling 5 % of purchase price is to be paid upon signing of Sales Agreement.

Offer subject to the following terms and conditions.

1. Good and sufficient warranty deed to be delivered on or before 11/1/03
2. Water, sewer, oil charges and rents if any, shall be prorated on date of closing.
3. Real estate taxes shall be prorated on the calendar / fiscal year.

*4. Buyer(s) to obtain a termite and woodboring insect inspection at their expense.

*5. Buyer(s) to obtain a building and radon inspection at their expense to establish there are no existing materially deficient conditions, which have not been disclosed to Buyer(s) prior to the execution of this offer.

6. Subject to the execution of formal Purchase and Sales Agreement mutually satisfactory to Buyer(s) and Seller(s).
7. Houses sold "as is"
8. Seller to take back a note for $200,000 @ closing (see attached explanation).

**Inspections to be completed within 10 calendar days of Sales Agreement.*

Items included in sale: As per MLS (equipment in both houses)

Items excluded in sale:

Deposit to be returned if offer is not accepted.

9. Present lease for tenant on property to be transferred to new owner.

Residential Properties Ltd.

by Elizabeth Albert

mls agent code 6028

office code RESI 05

(I) (We) hereby agree to purchase the above described property at the price and in accordance with the terms herein stated.

[signature] 8-15-03

Buyer   Date   Buyer   Date

(I) (We) hereby agree to sell the above described property at the price and terms above stipulated; a commission of   % is to be paid by Seller(s) to Residential Properties Ltd.

Seller   Date   Seller   Date

REV 4/03

REY-000255

EXHIBIT B

Addendum #

At closing, buyers to pay $1,225,000 & seller to take back a $200,000 1 year note (interest to be "prime + 1")

Varience needed to buyer to add on or construct new house on site.

If varience is obtained, at end of 1 year period, buyer will repay the principle of $200,000, plus interest.

If varience is denied, buyer will be obligated to pay 1/2 of loan amount (or $100,000 plus interest).

Four Militia Drive
Suite Fourteen
Lexington, MA 02421
Telephone 781.274.0405
Facsimile 781.274.0409
www.jacobilaw.net

Harold Jacobi, III
Megan S. Grayce*
Nancy Sue Keller**
OF COUNSEL:
Allan H. Tufankjian

*Also admitted in New Hampshire
** Also admitted in New York

January 13, 2004

**By Fax: (401) 433-5066**
Matthew Slepkow, Esq.
Slepkow, Slepkow & Bettencourt, Inc.
1481 Wampanoag Trail
E. Providence, RI 02915-1071

Re: Reyelt to Danzell – Sale of 10-12 Payne Road, Barrington, RI

Dear Matt:

With reference to the above closing which took place on October 30, 2003, can you please advise as to whether you represent the buyers, Mr. and Mrs. William B. Danzell, with reference to their application for a variance on the property.

I am writing to Mr. Danzell today making inquiry as to whether he has filed for the variance with the Town of Barrington,

Please advise at your earliest opportunity.

Sincerely,

Harold Jacobi, III

HJ:al
cc: Mr. James H. Reyelt

REY-000041

JACOBI & ASSOCIATES, P.A.
ATTORNEYS AT LAW

Four Militia Drive
Suite Fourteen
Lexington, MA 02421

Telephone 781.274.0405
Facsimile 781.274.0409
www.jacobilaw.net

Harold Jacobi, III
Megan S. Grayce*
Nancy Sue Keller**

OF COUNSEL:
Allan H. Tufankjian

**Also admitted in New Hampshire*
***Also admitted in New York*

February 4, 2004

**By Fax:** **(401) 421-0677**

**By email:** **desisto@conversent.net**

Anthony DeSisto, Esquire
Anthony DeSisto & Associates
One Turks Head Place
Providence, RI 02093

Re: 10-12 Payne Road,
Barrington, Rhode Island

Dear Attorney DeSisto:

I am in receipt of your letter dated January 29, 2004. In response to your request, I am pleased to enclose a copy of the Purchase and Sale Agreement dated September 3, 2003. Please note under the terms of this agreement that Mr. and Mrs. Danzell were to file for a variance within ninety (90) days of the closing date of October 31, 2003.

Please advise as to what the situation is at this moment and the progress being made on the variance.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Harold Jacobi, III

HJ:al
Enclosure
cc: Mr. James H. Reyelt

REY-000016

**EXHIBIT D**

JACOBI & ASSOCIATES, P.A.
ATTORNEYS AT LAW

Four Militia Drive
Suite Fourteen
Lexington, MA 02421

Telephone 781.274.0405
Facsimile 781.274.0409
www.jacobilaw.net

Harold Jacobi, III
Megan S. Grayce*
Nancy Sue Keller**

OF COUNSEL:
Allan H. Tufankjian

**Also admitted in New Hampshire*
*** Also admitted in New York*

February 17, 2004

**By Fax:** **(401) 421-0677**

**By email:** **desisto@conversent.net**

Anthony DeSisto, Esquire
Anthony DeSisto & Associates
One Turks Head Place
Providence, RI 02093

Re: 10-12 Payne Road,
Barrington, Rhode Island

Dear Anthony:

On February 4, 2004, I wrote you and requested information concerning your clients, Mr. and Mrs. William Danzell, as the new owners of the above listed property.

Please advise as to the progress being made on the variance.

Sincerely,

Harold Jacobi, III

HJ:al
Enclosure
cc: Mr. James H. Reyelt

**EXHIBIT E**

REY-000014

JACOBI & ASSOCIATES, P.A.

ATTORNEYS AT LAW

Four Militia Drive
Suite Fourteen
Lexington, MA 02421

Telephone 781.274.0405
Facsimile 781.274.04
www.jacobilaw.net

Harold Jacobi, III
Megan S. Grayce*
Nancy Sue Keller**

OF COUNSEL:
Allan H. Tufankjian

**Also admitted in New Hampshire*
***Also admitted in New Yor*

April 14, 2004

By Fax: (401) 421-0677

By email: desisto@conversent.net

Anthony DeSisto, Esquire
Anthony DeSisto & Associates
One Turks Head Place
Providence, RI 02093

Re: Sale of 10-12 Payne Road
Barrington, Rhode Island
Closing Date: October 30, 2003

Dear Mr. DeSisto:

I have written to you previously by email and fax. Two months ago, I wrote you requesting information concerning your clients, Mr. and Mrs. William Danzell and the variance they were obligated to file within 90 days of October 30, 2003.

As I have not heard from you, and I have not been informed that a variance has been sought by the Danzells, am I to assume no variance was filed?

I trust that you will promptly respond to this correspondence.

Sincerely,

Harold Jacobi, III

HJIII/lf
cc: Mr. James H. Reyelt

REY-000031

**EXHIBIT F**

JACOBI & ASSOCIATES, P.A.

ATTORNEYS AT LAW

Four Militia Drive
Suite Fourteen
Lexington, MA 02421

Telephone 781.274.0405
Facsimile 781.274.0409
www.jacobilaw.net

Harold Jacobi, III
Megan S. Grayce*
Nancy Sue Keller**

OF COUNSEL:
Allan H. Tufankjian

*Also admitted in New Hampshire*
***Also admitted in New York*

May 11, 2005

**By Fax:** **(401) 421-0677**
**By email:** **desisto@conversent.net**

Anthony DeSisto, Esquire
Anthony DeSisto & Associates
One Turks Head Place
Providence, RI 02093

Re: 10-12 Payne Road,
Barrington, Rhode Island

Dear Mr. DeSisto:

Demand is hereby made on your clients, William B. Danzell and Louisa F. Beenker Danzell in the amount of $210,000 representing principal and interest due on October 30, 2004, as per Promissory Note duly executed by your clients, and the amount of $13,393.97 representing interest due through May 11, 2005 and $1,550 in legal fees for a total of $224,943.97. Please note, that this obligation is accruing default interest of $69.04 per diem, together with attorneys fees in the collection of same.

I will commence foreclosure proceedings if this debt is not paid immediately.

Sincerely,

Harold Jacobi, III

HJ:al

cc: Mr. James H. Reyelt

REY-000048

**EXHIBIT G**


WATSON
AVENUE
PAYNE
ROAD
CLARK
ROAD
BEACH
66
10,780
STEVEN AND LOREDANA LISTER
50 WATSON AVE
20
43,049
17
53,441
STANLEY AND BERNICE GRASSER
43 CLARKE RD
70
11,200
PAMELA STANTON
5 PAYNE RD
63
14,000
JONATHAN AND JENIFER PFEFFER
9 PAYNE RD
G. HETHERELL
14 PAYNE RD
21
17,010
200'
ARTHUR AND JOANNE COIA
20 PAYNE RD
22
80,150
100.66
24
17,500
KATHLEENE AND JULIA GALLAGHER
55 CLARKE RD
NANCY T. AND FREDRICK LOONEY
57 CLARKE RD.
25
25,033
10 PAYNE RD
23
36,471
ALEXIS HAFKER
61 CLARKE RD
90
29,760
105.49
CK-1
Job Number: 0448
Description: 10 - 12 PAYNE RD
"200' RADIUS MAP
Scale: 1/100" = 1'-0"
NEWPORT
COLLABORATIVE
ARCHITECTS, INC.

**EXHIBIT H**


PAYNE ROAD
100.66
EXISTING HOUSE
12 PAYNE RD
134'-5"
EXISTING GARAGE
8 PAYNE RD
PROPOSED RENOVATION
AND ADDITION
10 PAYNE RD
EXISTING FOOTPRINT:
1220 SF
PROPOSED ADDITION:
1550 SF
PROPOSED FOOTPRINT:
2590
14'
27'-3"
382.24
10 PAYNE RD
ZONE: R25
PLAT: 7
LOT: 23
LOT AREA: 36,471
347.11
BEACH
PLAT: 7
Job Number: 0448
Description: 10 - 12 PAYNE RD
SITE PLAN
NEWPORT
COLLABORATIVE
ARCHITECTS, INC.

EXHIBIT H



SK-3
Job Number: 0448
Job Name: DANZELL RESIDENC
Description: 10 - 12 PAYNE RD MASSING ELEVATION
Scale: 1/8" = 1'-0"
Date: 6-17-04
30'-5" ADDITION
11'-8" RENOVATION
17'-4" EXISTING
NEWPORT COLLABORATIVE ARCHITECTS, INC.


EXHIBIT H


25'
17'-4" EXISTING
11'-8" RENOVATION
30'-5" ADDITION
27'
EXHIBIT H
SK-4
Job Number: 0448
Job Name: DANZELL RESIDENCE
Description: 10 - 12 PAYNE RD MASSING ELEVATION
Scale: 1/8" = 1'-0"
Date: 6-17-04
NEWPORT COLLABORATIVE ARCHITECTS, INC.