# ATTACHMENT 2

RECEIVED
MAY 2 5 2006
VETTER & WHITE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES H. REYELT,

*Plaintiff,*

vs.

C.A. No. 06-0057ML

WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,

*Defendants.*

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS**

1. The document attached hereto as Exhibit A is a true and accurate copy of a July 22, 2003 letter from defendant William Danzell to Lisabeth Herbst, the agent for the Danzells, in connection with the Danzells; purchase of the Property.

**RESPONSE:** Admitted.

2. The document attached hereto as Exhibit B is a true and accurate copy of an August 18, 2003 purchase offer, with Addendum A, signed by William Danzell on August 18, 2003.

**RESPONSE:** Admitted.

3. The documents attached at Exhibits C through G are true and accurate copies of letters sent by counsel for plaintiff James Reyelt and received by counsel for defendants William Danzell and Louisa Beenker Danzell within a week of the date appearing on each such letter.

**RESPONSE:** Admitted.

4. The Danzells' "Application for Special Use Permit" (the "Application") was filed

with the Zoning Board for the Town of Barrington ("the Zoning Board") on August 18, 2004.

**RESPONSE**: Admitted.

5. The documents attached as Exhibit H are true and accurate copies of the plans the Danzells filed with the Application.

**RESPONSE**: Admitted.

6. The Application was heard by the Zoning Board on October 21, 2004.

**RESPONSE**: Admitted.

7. At the October 21, 2004 hearing on the Application, no witness, lay or expert, testified on behalf of the Danzells.

**RESPONSE**: Denied.

8. The Danzells did not appear in person at the October 21, 2004 hearing on the Application.

**RESPONSE**: Admitted.

9. As of April 1, 2006, the Danzells had not lived in the property.

**RESPONSE**: Admitted.

10. The Danzells have made no payments to James Reyelt since the closing on October 30, 2003.

**RESPONSE**: Admitted.

Defendants,
By their attorney,

[signature]

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 24th day of May 2006, to:

Gordon P. Cleary, No. 1948
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 Fax
gcleary@vetterandwhite.com

[signature]