# ATTACHMENT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES H. REYELT,

*Plaintiff,*

vs. C.A. No. 06-0057ML

WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,

*Defendants.*

**DEFENDANTS, WILLIAM B. DANZELL AND LOUISA F. BEENKER DANZELL'S REQUEST FOR ADMISSIONS PURSUANT TO R.C.P. 36**

Now come the defendants, William B. Danzell and Louisa F. Beenker Danzell and pursuant to R.C.P. 36 request the plaintiff to admit the following within 30 days:

1. William B. Danzell and Louisa F. Beenker Danzell filed a special use permit on August 18, 2004.

2. A true and accurate copy of the special use permit is attached as Exhibit A.

3. On October 21, 2004 the special use permit was denied by the Town of Barrington.

4. A true and accurate denial letter from the Town of Barrington is attached as Exhibit B.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 3rd day of April 2006, to:

Gordon P. Cleary, No. 1948
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 Fax
gcleary@vetterandwhite.com

# EXHIBIT A

Date 8/18/2004 Application No. 3226

# TOWN OF BARRINGTON
# ZONING BOARD OF REVIEW

## APPLICATION FOR SPECIAL USE PERMIT USE OR DIMENSIONAL VARIANCE OF THE ZONING ORDINANCE

The undersigned hereby applies to the Zoning Board of Review for a Special Use Permit, Use or Dimensional Variance in the application of the provisions or regulations of the Zoning Ordinance affecting the following described premises in the manner and on the grounds hereinafter set forth.

Applicant: William & Louisa Danzell

Address: c/o Anthony DeSisto
One Turks Head Place
Suite 1010
Providence, RI 02903

Owner: Same

Address:

1. Location of Premises: 10-12 Payne Road

2. Assessor's Plat No.: 7 Lot No.: 23 Zone: R -25

3. Dimensions of Lot: 100.66 ft. *(Frontage)* 347ft.± *(Depth)* 36,471 sq.ft. *(Area)*

4. How long owned: 1 yr. +

5. Is there a building on the premises at present? yes

6. Size of building: 12 Payne Rd.: 1,140 sq.ft.; Garage: 540 sq.ft.
   10 Payne Rd.: 1,220 sq.ft.

7. State present use of premises: Residential

8. State proposed use of premises: same

9. List extent of proposed alterations: Applicant proposes to renovate and add an addition onto 10 Payne Road as shown on the attached plans. The proposed addition is 1,550 sq. ft.

10. List size of proposed building: The size of 10 Payne Road will be increased 2,590 sq. ft.

11. 11. Number of parking spaces: 6

12. Number of families for which building is to be arranged: Both houses are single family dwellings.

13a. Existing Lot coverage: (include all buildings, decks, etc.) 8%

13b. Proposed Lot coverage: (include new construction) 11.7%

14. Please state zoning violation(s): Applicant proposes to enlarge a non-conforming use (two principal structures on one lot).

15. Please specify Title, Chapter, and Paragraph of the Zoning Ordinance to which your application applies: Sections 185-4; 185-33B; 185 – 73; 185 – 74.

16. Have you submitted plans for above to the Building Official? No

Has he refused a permit? No

17. Are there wetlands on the lot proposed for development or is the lot within 200' of the coastal feature? Yes.

18. Give *LOT NUMBER - NAME - MAILING ADDRESS OF PROPERTY OWNERS WITHIN THE 200' RADIUS.* ***(PLEASE PRINT)***

| Plat No. | Lot No. | Name of Owner | Mailing Address | State/Zip Code |
|---|---|---|---|---|
| 7 | 23 | Arthur & Joanne Coia | 20 Payne Rd., Barrington, RI | 02806 |
| 7 | 20 | Steven & Loredana Lister | 50 Watson Ave., Barrington, RI | 02806 |
| 7 | 17 | Jonathan & Jennifer Pfeffer | 9 Payne Road, Barrington, RI | 02806 |
| 7 | 70 | Stanley & Bernice Grasser | 45 Clarke Road, Barrington, RI | 02806 |
| 7 | 63 | Pamela Stanton | 5 Payne Road, Barrington, RI | 02806 |
| 7 | 24 | Kathleen & Julia Gallagher | 53 Clarke Road, Barrington, RI | 02806 |
| 7 | 25 | Nancy T. & Fredrick Looney | 57 Clarke Road, Barrington, RI | 02806 |
| 7 | 90 | Alexis Hafker | 61 Clarke Road, Barrington, RI | 02806 |
| 7 | 21-22 | C. Wetherell | 19 Payne Road, Barrington, RI | 02806 |

Signature of Applicant: [signature]
Anthony DeSisto, Attorney for Applicant

Signature of Owner: ______________________

Contact Person: Anthony DeSisto Phone # (401) 421-0170

# ZONING BOARD OF REVIEW

## *Barrington, Rhode Island*

## PUBLIC HEARING

**NOTICE IS HEREBY GIVEN THAT A PUBLIC HEARING WILL BE HELD ON THURSDAY, THE 21ST DAY OF OCTOBER, 2004 AT 7:00 P.M.**

***IN THE COUNCIL CHAMBERS***
***BARRINGTON TOWN HALL***

Ø/C

**for the purpose of hearing Applications for a Dimensional Variance, Use Variance or Special Use Permit from the Zoning Ordinance of the Town of Barrington, RI**

AN APPLICATION HAS BEEN FILED WITH THE ZONING BOARD BY:

**Application #3226, William & Louisa Danzell, c/o Anthony DeSisto, One Turks Head Place, Suite 1010, Providence, RI 02903, applicant and owners; for permission to erect a 1,550 square foot addition; Assessor's Plat 7, Lot 23, R-25 District; 10-12 Payne Road Barrington, RI 02806, requiring a special use permit for a non-conforming use.**

APPLICATION AND PLANS ARE AVAILABLE FOR REVIEW IN THE TOWN CLERK'S OFFICE BETWEEN 8:30 A.M. and 4:30 P.M. *ALL QUESTIONS RELATING TO THIS APPLICATION MUST BE DIRECTED TO THE BUILDING OFFICIAL BETWEEN 8:30 A.M. AND 12:30 P.M.*

*THE TOWN HALL IS ACCESSIBLE TO THE DISABLED. INDIVIDUALS REQUIRING ANY ACCOMMODATIONS FOR DISABILITIES MUST NOTIFY THE BARRINGTON TOWN CLERK'S OFFICE AT 247-1900 EXT. 301 (BARRINGTON PUBLIC LIBRARY TDD, 247-3750) IN ADVANCE OF THE MEETING DAY.*

*ALL PARTIES OF INTEREST MAY ATTEND AND BE HEARD AT THIS TIME.*

*Marsha E. Crecelius, Secretary*

005750

# ZONING BOARD OF REVIEW
# TOWN OF BARRINGTON
## 283 County Road
## Barrington, Rhode Island 02806

The Zoning Board at its meeting on October 21, 2004 heard the petition from:

***APPLICATION# 3226***

| | |
|---|---|
| Applicant: | William and Louisa Danzell<br>C/O Anthony DeSisto<br>One Turks Head Place, Suite 1010<br>Providence, RI 02903 |
| Owner: | Same |
| Address: | 10-12 Payne Road, Barrington, RI 02806 |
| Proposal: | Permission to erect a 1,550 sq.ft. addition, Assessor's plat 7, lot 23 |

Therefore, the Board voted:

______to approve the petition

__X____ to deny the petition

On the above decision, the Board members voted as shown with conditions that a fence be erected at the rear lot line before construction.

| *Members* | *aye* | *nay* | *abstain* |
|---|---|---|---|
| Jeffrey Brenner | | X | |
| Timothy Morgan | | X | |
| Margaret Carlotto | | X | |
| Thomas Kraig | | X | |
| Neal B. Personeus | | X | |

Signed: Marsha Crecelius Date: 12/26/04
Marsha Crecelius, Zoning Board Secretary



***ATTENTION:***

BOOK 0890 PAGE 0028

Board,
***(The Board may grant only one extension for one year. Requests must be in writing 30 days prior to expiration date and a $25.00 filing fee is required.)***

- unless the applicant exercises the permission granted or receives a Building Permit so to do and commences construction, and diligently prosecutes the construction until completed.

- no re-application for a special use permit or variance shall be granted without a hearing as specified in the Zoning Ordinance.

***ATTENTION TO APPLICANT: This is not a Building Permit.***

- All applicants must obtain a Building Permit and comply with all other applicable regulations of the Town of Barrington and the State of Rhode Island,

- Including where applicable requirements of the Rhode Island Department of Environmental Management and the Rhode Island Coastal Resource Management Council, before commencing any work.

- Also, this decision may be appealed to the Superior Court of Rhode Island by an aggrieved party within twenty (20) days of the date it is filed with the Clerk of the Town.

****Please note: Special Use Permit from the requirements of the merger provisions of §185-29, as provided in §185-73 of this chapter - this relief shall not be subject to the one-year expiration from the date of granting by the board, as required in §185-66 of this chapter.***

Barrington, R.I. DEC 27 2004
at 1:31 o'clock P M
Town Clerk

***APPLICATION BEFORE THE BOARD:***

#3226 – William and Louisa Danzell, c/o Anthony DeSisto, One Turks Head Place, Suite 1010, Providence, RI 02903, applicant and owners; for permission to erect a 1,550 square foot addition; Assessor's Plat 7, Lot 23, R-25 District; 10-12 Payne Road, Barrington, RI 02806, requiring a special use permit for a non-conforming use.

Present: Anthony DeSisto, Attorney, One Turks Head Place, Providence, RI 02903
Jay Litman, architect for the project

There was a discussion by the board as to whether the Conservation Commission has jurisdiction over this application The Board decided to proceed, although the Conservation Commission requested that no action be taken on this application until the Commission had time to review the application. If the application were granted, the applicant would have to document the coastal feature.
Mr. DeSisto stated that the applicant planned to live at that residence with his family. Mr. Danzell is currently away but Mr. DeSisto stated that applicant wants to improve the property.

Letter from Conservation Commission dated Oct 21, 2004 is marked as Exhibit 1
Mr. Litman passed out photos marked as Exhibit 2

*In the audience:* Pam Stanton, 5 Payne Road, Barrington, RI 02806.
Ms. Stanton told the Board the second structure on this property is a rental which is not in conformity to this neighborhood.

Mr. Corrente, Esq, 226 So. Main St., Providence, RI, spoke as a relative of the abutter at 20 Payne Road. Mr. Corrente stated that the neighbors at 20 Payne Road are opposed to this application. Mr. Corrente spoke of non-conforming use.

***VOTE:*** On a motion by Mr. Kraig, seconded by Mr. Personeus, the Board voted unanimously that this application be denied.

DISCUSSION:

Mr. Kraig stated that there was testimony from neighbers objecting to the rental use and non-conforming use of this property. The application does not meet the requirements in Part B of a special use permit because the proposal is to more than double the size of the structure which would affect the general visual impact upon neighboring properties.
The plans that were presented had no detail as to what this structure would look like, which heightens the risk of non-conformity. The applicant had no concrete plans and should have specific plans. The applicant has not meet the standards.

**REASONS FOR DECISION:**

It was the judgment of the Board that the applicant has not satisfactorily demonstrated the following criteria set forth in Section 185-73 with regard to the proposed use and its location on the site: A) that the public convenience and welfare will not be substantially served; B) that it will not be in harmony with the general purpose of this ordinance and with the Comprehensive Community Plan; C) that it will not result in or create conditions that will be inimical to the public health, safety, morals and general welfare of the community; and, D) that it will substantially or permanently injure the appropriate use of the property in the surrounding area or district.

# EXHIBIT B

005750

# ZONING BOARD OF REVIEW
## TOWN OF BARRINGTON
## 283 County Road
## Barrington, Rhode Island 02806

The Zoning Board at its meeting on October 21, 2004 heard the petition from:

***APPLICATION# 3226***

Applicant: William and Louisa Danzell
C/O Anthony DeSisto
One Turks Head Place, Suite 1010
Providence, RI 02903

Owner: Same

Address: 10-12 Payne Road, Barrington, RI 02806

Proposal: Permission to erect a 1,550 sq.ft. addition, Assessor's plat 7, lot 23

Therefore, the Board voted:

______to approve the petition

__X__ to deny the petition

On the above decision, the Board members voted as shown with conditions that a fence be erected at the rear lot line before construction.

| *Members* | *aye* | *nay* | *abstain* |
|---|---|---|---|
| Jeffrey Brenner | | X | |
| Timothy Morgan | | X | |
| Margaret Carlotto | | X | |
| Thomas Kraig | | X | |
| Neal B. Personeus | | X | |

Signed: *Marsha Crecelius* Date: *12/26/04*
Marsha Crecelius, Zoning Board Secretary

Page 2
Zoning Board of Review Decision

*ATTENTION:*

BOOK 0890 PAGE 0028