# ATTACHMENT 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| v. | ) | C.A. No. 06-0057ML |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**PLAINTIFF'S RESPONSES TO**
**DEFENDANTS' REQUEST FOR ADMISSIONS**

REQUEST NO. 1:

William B. Danzell and Louisa F. Beenker Danzell filed a special use permit on August 18, 2004.

RESPONSE:

Responding to Request No. 1, admits that on August 18, 2004, more than ten months after the closing of the sale by James Reyelt to the Danzells, an application for a special use permit was filed on behalf of the Danzells; except as expressly admitted, denies Request No. 1.

REQUEST NO. 2:

A true and accurate copy of the special use permit is attached as Exhibit A.

RESPONSE:

Responding to Request No. 2, admits that Exhibit A is a true and accurate copy of a portion of the application for a special use permit filed on behalf of the Danzells, and a true and accurate copy of the notice of public hearing on the application for a special use permit filed on behalf of the Danzells; except as expressly admitted, denies Request No. 2.

REQUEST NO. 3:

On October 21, 2004 the special use permit was denied by the Town of Barrington.

RESPONSE:

Responding to Request No. 3, admits that by written decision after an opportunity for a hearing, the Town of Barrington Zoning Board of Review denied the application for a special use permit filed on behalf of the Danzells; except as expressly admitted, denies Request No. 3.

REQUEST NO. 4:

A true and accurate denial letter from the Town of Barrington is attached as Exhibit B.

RESPONSE:

Responding to Request No. 4, admits that Exhibit B is a true and accurate copy of the written decision of the Town of Barrington Zoning Board of Review denying the application for a special use permit filed on behalf of the Danzells; except as expressly admitted, denies Request No. 4.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: May 2, 2006

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that I served on the above-named counsel of record a copy of the within Plaintiff's Responses to Defendants' Request for Admissions by facsimile and by mailing first class mail, postage prepaid, on the 3rd day of May, 2006.

Lisa A. Lariviere