Exhibit A

July 22, 2003

Lisabeth Harbst
Residential Properties LTD.

FAX: (401) 245-9636

Dear Lisabeth:

Per this morning's information that 10-12 Payne Road is a "non-conforming use" property and would require Zoning Board approval for us to tear down the main house and construct a new home, we are withdrawing our offer to purchase the property.

I have put stop payments on both checks issued as a down payment.

Please advise the Seller that we do not intend to go forward in purchasing the property.

Sincerely yours,

William B. Danzell