Exhibit D

Date 8/18/2004 Application No. 3226

# TOWN OF BARRINGTON
# ZONING BOARD OF REVIEW

## APPLICATION FOR SPECIAL USE PERMIT USE OR DIMENSIONAL VARIANCE OF THE ZONING ORDINANCE

The undersigned hereby applies to the Zoning Board of Review for a Special Use Permit, Use or Dimensional Variance in the application of the provisions or regulations of the Zoning Ordinance affecting the following described premises in the manner and on the grounds hereinafter set forth.

Applicant: William & Louisa Danzell

Address: c/o Anthony DeSisto
One Turks Head Place
Suite 1010
Providence, RI 02903

Owner: Same

Address:

1. Location of Premises: 10-12 Payne Road

2. Assessor's Plat No.: 7 Lot No.: 23 Zone: R -25

3. Dimensions of Lot: 100.66 ft. *(Frontage)* 347ft.± *(Depth)* 36,471 sq.ft. *(Area)*

4. How long owned: 1 yr. +

5. Is there a building on the premises at present? yes

6. Size of building: 12 Payne Rd.: 1,140 sq.ft.; Garage: 540 sq.ft.
   10 Payne Rd.: 1,220 sq.ft.

7. State present use of premises: Residential

8. State proposed use of premises: same

9. List extent of proposed alterations: Applicant proposes to renovate and add an addition onto 10 Payne Road as shown on the attached plans. The proposed addition is 1,550 sq. ft.

10. List size of proposed building: The size of 10 Payne Road will be increased 2,590 sq. ft.

11. 11. Number of parking spaces: 6

12. Number of families for which building is to be arranged: Both houses are single family dwellings.

13a. Existing Lot coverage: (include all buildings, decks, etc.) 8%

13b. Proposed Lot coverage: (include new construction) 11.7%

14. Please state zoning violation(s): Applicant proposes to enlarge a non-conforming use (two principal structures on one lot).

15. Please specify Title, Chapter, and Paragraph of the Zoning Ordinance to which your application applies: Sections 185-4; 185-33B; 185 – 73; 185 – 74.

16. Have you submitted plans for above to the Building Official? No

Has he refused a permit? No

17. Are there wetlands on the lot proposed for development or is the lot within 200' of the coastal feature? Yes.

18. Give *LOT NUMBER - NAME - MAILING ADDRESS OF* *PROPERTY OWNERS* *WITHIN THE 200' RADIUS.* ***(PLEASE PRINT)***

| Plat No. | Lot No. | Name of Owner | Mailing Address | State/Zip Code |
|---|---|---|---|---|
| 7 | 23 | Arthur & Joanne Coia | 20 Payne Rd., Barrington, RI | 02806 |
| 7 | 20 | Steven & Loredana Lister | 50 Watson Ave., Barrington, RI | 02806 |
| 7 | 17 | Jonathan & Jennifer Pfeffer | 9 Payne Road, Barrington, RI | 02806 |
| 7 | 70 | Stanley & Bernice Grasser | 45 Clarke Road, Barrington, RI | 02806 |
| 7 | 63 | Pamela Stanton | 5 Payne Road, Barrington, RI | 02806 |
| 7 | 24 | Kathleen & Julia Gallagher | 53 Clarke Road, Barrington, RI | 02806 |
| 7 | 25 | Nancy T. & Fredrick Looney | 57 Clarke Road, Barrington, RI | 02806 |
| 7 | 90 | Alexis Hafker | 61 Clarke Road, Barrington, RI | 02806 |
| 7 | 21-22 | C. Wetherell | 19 Payne Road, Barrington, RI | 02806 |

Signature of Applicant: [signature]
Anthony DeSisto, Attorney for Applicant

Signature of Owner: ____________________

Contact Person: Anthony DeSisto Phone # (401) 421-0170




SK-1

Job Number: 0448
Job Name: DANZELL

Description: 10 - 12 PAYNE RD
200' RADIUS MAP
Scale: 1/100" = 1'-0"

NEWPORT
COLLABORATIVE
ARCHITECTS, INC.


PAYNE ROAD
100.66
EXISTING HOUSE
12 PAYNE RD
134'-5"
EXISTING GARAGE
8 PAYNE RD
PROPOSED RENOVATION
AND ADDITION
10 PAYNE RD
EXISTING FOOTPRINT:
1220 SF
PROPOSED ADDITION:
1550 SF
PROPOSED FOOTPRINT:
2590
14'
27'-3"
382.24
10 PAYNE RD
ZONE: R25
PLAT: 7
LOT: 23
LOT AREA: 36,471
347.11
105.49
BEACH
PLAT: 7
SK-2
Job Number: 0448
Job Name: DANZELL
Description: 10 - 12 PAYNE RD
SITE PLAN
Scale: 1/30" = 1'-0"
NEWPORT
COLLABORATIVE
ARCHITECTS, INC.




NEWPORT
COLLABORATIVE
ARCHITECTS, INC.

**Description**· 10 - 12 PAYNE RD
MASSING ELEVATION

**Scale**· 1/8" = 1'-0"
**Date**· 6-17-04

**Job Number**· 0448
**Job Name**· DANZELL RESIDENCE

SK-3




NEWPORT COLLABORATIVE ARCHITECTS, INC.

Description: 10 - 12 PAYNE RD
MASSING ELEVATION

Scale: 1/8" = 1'-0"
Date: 6-17-04

Job Number: 0448
Job Name: DANZELL RESIDENCE

SK-4