Exhibit E

ANTHONY DESISTO & ASSOCIATES
*Attorneys At Law*

One Turks Head Place, Suite 1010
Providence, RI 02903-2215

Anthony DeSisto

Telephone 401.421.0170
Facsimile 401.421.0677
e-mail: desisto@conversent.net

January 29, 2004

Harold Jacobi III, Esquire
Jacobi & Associates, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421

Re: Your Client: James H. Reyelt
My Client: William B. Danzell
10-12 Payne Road
Barrington, Rhode Island

Dear Mr. Jacobi:

This office represents William B. Danzell regarding the above-referenced property and I am in receipt of your letter to him dated January 13, 2004. I am in the process of obtaining the necessary permits for Mr. Danzell to renovate this property. Due to the fact that this property is a coastal feature, however, it is not a simple matter of applying for a variance with the Town of Barrington. I therefore have two requests: (1) please send me a copy of the purchase and sales agreement, and (2) please call me so that I may discuss with you the regulatory process Mr. Danzell will be subjected to regarding this property.

I look forward to hearing from you.

Very truly yours,

Anthony DeSisto