Exhibit F

ANTHONY DESISTO & ASSOCIATES
*Attorneys At Law*

One Turks Head Place, Suite 1010
Providence, RI 02903-2215

Anthony DeSisto

Telephone 401.421.0170
Facsimile 401.421.0677
e-mail: desisto@conversent.net

April 20, 2004

Harold Jacobi III, Esquire
Jacobi & Associates, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421

**Re: 10 – 12 Payne Road**
**Barrington, RI 02806**

Dear Mr. Jacobi:

My apologies for not responding to your April 14, 2004 letter sooner. Please be advised that I sustained some injuries that have kept me from my practice. In any event, in regard to the Danzell matter the preliminary work has been done and I anticipate a hearing on Mr. Danzell's request before the Barrington Zoning Board on June 17, 2004.

By the time you get this letter I should be back in the office. Please do not hesitate to contact me on this matter and I will give you a full update on Mr. Danzell's request.

Very truly yours,

Anthony DeSisto (baj)

Anthony DeSisto

AD/baj
4042012-12payne.road