Exhibit G

ANTHONY DESISTO & ASSOCIATES
*Attorneys At Law*

One Turks Head Place, Suite 1010
Providence, RI 02903-2215

Anthony DeSisto

Telephone 401.421.0170
Facsimile 401.421.0677
e-mail: desisto@conversent.net

August 18, 2004

Harold Jacobi III, Esquire
Jacobi & Associates, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421

**Re: 10-12 Payne Road**
**Barrington, RI 02806**

Dear Mr. Jacobi:

I am writing to follow-up on the above-referenced matter. I have encountered some significant problems that have led to the delay in obtaining the necessary permits and approvals regarding Mr. Danzell's plans for the above-referenced property. I will, however, receive a decision on the matter from the Barrington Zoning Board on October 21, 2004.

Currently, Mr. Danzell's application is for a special use permit to expand the current non-conforming use of the property (the Zoning Ordinance specifically prohibits two single family residential dwellings on one lot). Please note that there is a lesser standard of review for a special use permit as compared to a dimensional variance.

Please let me know if anything further is needed. I will of course contact you immediately after the hearing on October 21.

Very truly yours,

Anthony DeSisto

AD/baj
40818danzell.jacobi.let