Exhibit H

005750

# ZONING BOARD OF REVIEW
## TOWN OF BARRINGTON
## 283 County Road
## Barrington, Rhode Island 02806

The Zoning Board at its meeting on October 21, 2004 heard the petition from:

***APPLICATION# 3226***

Applicant: William and Louisa Danzell
C/O Anthony DeSisto
One Turks Head Place, Suite 1010
Providence, RI 02903

Owner: Same

Address: 10-12 Payne Road, Barrington, RI 02806

Proposal: Permission to erect a 1,550 sq.ft. addition, Assessor's plat 7, lot 23

Therefore, the Board voted:

______to approve the petition

__X____ to deny the petition

On the above decision, the Board members voted as shown with conditions that a fence be erected at the rear lot line before construction.

| *Members* | *aye* | *nay* | *abstain* |
|---|---|---|---|
| Jeffrey Brenner | | X | |
| Timothy Morgan | | X | |
| Margaret Carlotto | | X | |
| Thomas Kraig | | X | |
| Neal B. Personeus | | X | |

Signed: Marsha Crecelius Date: 12/26/04
Marsha Crecelius, Zoning Board Secretary

Page 2
Zoning Board of Review Decision

***ATTENTION:***

BOOK 0890 PAGE 0028

♦ a special use permit or variance shall expire one year from the date granted by the Board.

*(The Board may grant only one extension for one year. Requests must be in writing 30 days prior to expiration date and a $25.00 filing fee is required.)*

♦ unless the applicant exercises the permission granted or receives a Building Permit so to do and commences construction, and diligently prosecutes the construction until completed.

♦ no re-application for a special use permit or variance shall be granted without a hearing as specified in the Zoning Ordinance.

***ATTENTION TO APPLICANT: This is not a Building Permit.***

♦ All applicants must obtain a Building Permit and comply with all other applicable regulations of the Town of Barrington and the State of Rhode Island,

♦ Including where applicable requirements of the Rhode Island Department of Environmental Management and the Rhode Island Coastal Resource Management Council, before commencing any work.

♦ Also, this decision may be appealed to the Superior Court of Rhode Island by an aggrieved party within twenty (20) days of the date it is filed with the Clerk of the Town.

****Please note: Special Use Permit from the requirements of the merger provisions of §185-29, as provided in §185-73 of this chapter - this relief shall not be subject to the one-year expiration from the date of granting by the board, as required in §185-66 of this chapter.***

Barrington, R.I.
at 1:31 o'clock P M
DEC 2 7 2004
Lorraine A. Dorsis
Town Clerk

***APPLICATION BEFORE THE BOARD:***

#3226 – William and Louisa Danzell, c/o Anthony DeSisto, One Turks Head Place, Suite 1010, Providence, RI 02903, applicant and owners; for permission to erect a 1,550 square foot addition; Assessor's Plat 7, Lot 23, R-25 District; 10-12 Payne Road, Barrington, RI 02806, requiring a special use permit for a non-conforming use.

Present: Anthony DeSisto, Attorney, One Turks Head Place, Providence, RI 02903
Jay Litman, architect for the project

There was a discussion by the board as to whether the Conservation Commission has jurisdiction over this application The Board decided to proceed, although the Conservation Commission requested that no action be taken on this application until the Commission had time to review the application. If the application were granted, the applicant would have to document the coastal feature.
Mr. DeSisto stated that the applicant planned to live at that residence with his family. Mr. Danzell is currently away but Mr. DeSisto stated that applicant wants to improve the property.

Letter from Conservation Commission dated Oct 21, 2004 is marked as Exhibit 1
Mr. Litman passed out photos marked as Exhibit 2

*In the audience:* Pam Stanton, 5 Payne Road, Barrington, RI 02806.
Ms. Stanton told the Board the second structure on this property is a rental which is not in conformity to this neighborhood.

Mr. Corrente, Esq, 226 So. Main St., Providence, RI, spoke as a relative of the abutter at 20 Payne Road. Mr. Corrente stated that the neighbors at 20 Payne Road are opposed to this application. Mr. Corrente spoke of non-conforming use.

***VOTE:*** On a motion by Mr. Kraig, seconded by Mr. Personeus, the Board voted unanimously that this application be denied.

DISCUSSION:
Mr. Kraig stated that there was testimony from neighbers objecting to the rental use and non-conforming use of this property. The application does not meet the requirements in Part B of a special use permit because the proposal is to more than double the size of the structure which would affect the general visual impact upon neighboring properties.
The plans that were presented had no detail as to what this structure would look like, which heightens the risk of non-conformity. The applicant had no concrete plans and should have specific plans. The applicant has not meet the standards.

**REASONS FOR DECISION:**
It was the judgment of the Board that the applicant has not satisfactorily demonstrated the following criteria set forth in Section 185-73 with regard to the proposed use and its location on the site: A) that the public convenience and welfare will not be substantially served; B) that it will not be in harmony with the general purpose of this ordinance and with the Comprehensive Community Plan; C) that it will not result in or create conditions that will be inimical to the public health, safety, morals and general welfare of the community; and, D) that it will substantially or permanently injure the appropriate use of the property in the surrounding area or district.