Exhibit I

ANTHONY DESISTO & ASSOCIATES
*Attorneys At Law*

One Turks Head Place, Suite 1010
Providence, RI 02903-2215

Anthony DeSisto
desisto@conversent.net
Katherine McNamara Feodoroff *
kmf.desisto@conversent.net

Telephone 401.421.0170
Facsimile 401.421.0677
*Also Admitted in Massachusetts

October 27, 2004

Harold Jacobi III, Esquire
Jacobi & Associates, P.A.
Four Militia Drive, Suite 14
Lexington, MA 02421

Re: 10-12 Payne Road
Barrington, RI 02806

Dear Mr. Jacobi:

Please be advised that the Barrington Zoning Board of Review denied my client's application for a special use permit to expand a non-conforming use. The neighbor abutting to the west of the property objected to the application and was represented by legal counsel at the hearing.

At the time this letter was drafted, the written decision had not been prepared or filed. I will forward a copy of that decision to you when it is filed by the Zoning Board.

Please call me to discuss how this matter is to be handled in light of the Zoning Board's decision.

Very truly yours,

Anthony DeSisto

AD/baj
41028danzell.jacobi.let