UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES H. REYELT,<br>*Plaintiff,*<br>vs.<br>WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,<br>*Defendants.* | C.A. No. 06-057 ML |

**ASSENTED-TO MOTION TO EXTEND DISCOVERY**

Now comes defendants in the above-captioned matter and hereby move for an extension of the discovery end date thirty (30) days, from October 19, 2006 to November 19, 2006. Defendants state that plaintiff has assented to this extension in order for both sides to complete discovery.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on September 27, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto