UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| | ) | C.A. No. 06-0057ML |
| v. | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**MOTION TO ENLARGE TIME**
**TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule Cv 7, plaintiff James Reyelt moves that his time to file a reply memorandum be enlarged to October 6, 2006. As grounds for this motion, plaintiff respectfully represents that due to miscommunication, a reply memorandum was not filed within the ten days provided in Local Rule Cv 7(b)(2).

/s/Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: October 5, 2006

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that I electronically filed this motion on October 5, 2006. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Gordon P. Cleary