# EXHIBIT A

April 6, 2004

Bill & Louisa Danzell
65 Brams Point Road
Hilton Head, SC 29926

Re: Architectural Design Proposal for Danzell Residence
10-12 Payne Road, Barrington, RI

**Newport Collaborative Architects, Inc.**

*Principals*
*John K. Grosvenor, AIA*
*J. Michael Abbott, AIA*
*Glenn R. Gardiner, AIA*
*Mohamad Farzan, AIA*

*Associates*
*Jack E. Evans*
*Jon-Paul Couture*
*James H. Libby, AIA*
*Jay J. Litman, AIA*

**Architecture**
**Planning**
**Interior Design**

333 Westminster Street
4th Floor
Providence, RI 02903
Tel: 401.272.2141
Fax: 401.272.7622

11 Pelham Street
Newport,
Rhode Island 02840

E-mail:
Providence@NCArchitects.com
www.NCArchitects.com

Dear Bill:

I am glad we finally connected this afternoon to discuss your plans for the property at 10-12 Payne road in Barrington. This site has great promise with its sweeping views of Narragansett Bay and its secluded location off Nayatt Road. Based on our conversation today and my review of the property with Tony DeSisto last week, I have identified a scope of work that identifies our design process and the architectural services we would provide to complete this project.

I have also prepared a brochure package featuring a selection of our residential work, which I have enclosed with this letter.

## Work Plan

### Primary Zoning Hearing

There are two houses currently on the property making this a pre-existing, non-conforming use. The house closest to Payne Road (House "A") has retained much of its original trim. The house closest to the beach (House "B") has had several additions and its historic trim and original massing has been lost. The primary task will be to prepare a zoning application that proposes to tear down House "B" and build a new house, substantially larger in its location. We will prepare the Abutters List, Radius Map and drawings required to communicate this proposal to the Zoning Board. Tony DeSisto will assemble these materials with the application for actual submission. We will also make the presentation of the critical design issues and be available to answer any questions. Any acceptance or rejection of this proposal will be in the form of a written opinion form the Zoning Board.

### As-Built Plans and Elevations

We will prepare measured floor plans and exterior elevations of each house, concurrent with our preparation of zoning materials. These data will be recorded on an electronic AutoCAD database. We will be able to utilize this information for the zoning presentation as well as for all subsequent design work involving these buildings.

**Design Process for a New Family Compound**
Ultimately the plan is to renovate House "A" as a guest cottage and connect an addition to House "B" to create a new 8,000 SF family compound together with the Guest Cottage and a 2-car, 500SF garage.

Based on our conversations today and a preliminary understanding of a rough budget of 1.6 million dollars we would adjust our fees to 10% of the projected cost of construction. This fee usually covers architectural design and detailing, structural engineering and basic interior design including the kitchen, cabinet work, lighting layouts and location of electrical outlets and switching. We would also develop the systems for the heating, air conditioning and plumbing.

Overall, our work plan and process is as follows:

**Schematic Design**
- Conduct various design sessions with you and Louisa to review design possibilities.
- Develop preliminary design sketches, both interior and exterior.
- Develop preliminary floor plans, sections and elevations.
- Prepare a study model.
- Develop a budget of probable construction costs.
- Prepare a phasing strategy for construction as required.
- Reapply to Zoning for approval of the alternate site scheme. We will prepare new application materials as required and represent you, along with Tony DeSisto at the public hearing.

At the conclusion of Schematic Design we will bring these drawings to a contractor(s) we have worked with in the past to get a better handle on the probable costs as part of the process of developing a project budget. We will have this contractor visit your house with us to better understand the project.

When the full scope and nature of the project has been identified and you have approved projected estimates, we will submit a stipulated sum fee for the remaining phases of the project based on the 10% factor above less the fee expended during schematic design.

**Design Development Phase**
The design development phase will include several tasks to refine, fix, and describe the actual nature of the proposed design. These tasks include:

- Refinement of the exterior elevations, windows, roof configuration and materials.
- Refinement of the interior layout including interior elevations, cabinetwork and finishes.
- Prepare larger scale plans of the kitchen and bathroom areas as well as specialty cabinetwork.
- Development of foundations and framing schemes.
- Development of new house systems including heating, plumbing and electrical with our consultants and a selected subcontractor.
- Revised statement of probable construction cost.

**Construction Documents**
These documents consist of final working drawings and technical specifications. As these documents are prepared, the construction cost estimate will be revised to reflect the greater level of detail available in this phase of the work.

- Working drawings will set forth required construction details, structural work, and architectural details for the proposed new construction and renovations.
- Specifications will set forth workmanship standards, procedures, materials, equipment, and regulatory standards, as required by local and State ordinances and laws. This information will be integrated with the drawings.

**Bidding and Negotiations**
There are several choices to be made during the previous phases regarding the option of negotiating a price with a selected contractor versus competitive bidding to a selected group. We will work with you to determine the best way to proceed. We usually recommend pre-selection of a general contractor we have had a good working experience. This enables us to target in on actual prices, conduct value engineering during the design process and have a contractor lined up to begin earlier in the process.

**Construction Phase**
We will follow your project through the construction process. Working closely with the General Contractor our responsibilities will include:

- Interpretation of construction documents as required.
- Attendance at periodic job meetings to observe the construction, job status, answer questions, and review change order requests as required.
- Review and certification of applications for payment as submitted by the general contractor.
- Respond to "Requests for Information" and issuance of clarification sketches.
- Review shop drawings and submittals.

We will review and coordinate all close-out documentation. Punch list items of non-satisfactory work will be compiled and reviewed until accepted.

**Proposed Fees**

| | |
|---|---|
| **As-Built Existing House Plans and Elevations** | **$ 3,200** |
| **1st Phase – Zoning Package** | **$ 1,500** |
| **Schematic Design** | **$ 24,000** |

The Schematic design fee is based on a 1.6 million dollar projected project budget with the Architectural/Engineering fees at 10%. Schematic design is figured at 15% of the overall fee.

At the conclusion of Schematic Design, when the full scope and nature of the project has been identified and you have approved the final projected budget estimates, we will submit a stipulated sum fee for the remaining phases of the project within the 10% parameters.

**Reimbursable Expenses**
Reimbursable expenses shall include expenses connected with the project such as printing and reproduction costs of drawings and mailing. These items will be billed monthly as part of each invoice.

**Additional Services**
The following items are in addition to the quoted base fees:

- The services of a professional Landscape Architect for landscape design services.
- The services of a civil engineer for the design of roads, site grading, run-off calculations, CRMC permitting, and other environmental permitting.

**Letter of Engagement**
This letter will serve as the official document of authorization in the engagement of Newport Collaborative Architects, Inc for the 1st Phase Zoning package and preparation of the as-built house drawings to Bill & Louisa Danzell for the aforementioned project.

We will continue forward with the schematic design phase work only with your written consent. At that time we will prepare a standard AIA contract for small projects. This letter will be incorporated into and made part of that agreement.

Billing for services will be based on the costs outlined in this proposal. Invoices shall be generated monthly based on percentage of completion and paid within thirty (30) calendar days from receipt of invoice. Engagement of Newport Collaborative Architects, Inc. can be initiated by signing the appropriate spaces below and returning one copy to us. Signing of this agreement implicitly acknowledges acceptance of the Statement of Terms and Conditions.

This Letter of Engagement and Statement of Terms and Conditions are hereby accepted and executed by a duly authorized signatory, who by execution hereof, warrants that he/she has full authority to act for, in the name of, and on the behalf of Bill & Louisa Danzell

We are pleased to submit this material and I personally look forward to working with you both. Please give me a call at work if you have any questions regarding this proposal. As discussed I will be happy to meet with you often as we develop the design.

Very truly yours,

Jay Litman, AIA

## Approved

**Bill & Louisa Danzell**

**Accepted by:** ______________________

**Typed Name:** ______________________ **Title:** ______________________

**Date:** ______________________

Jay —

We still do not know if we are going build the 1.6 million addition. So, if possible, we want to limit our expense to 1st phase + As-Built.

I will be in RI next week. Let me know if you want to get together.

Bill