# EXHIBIT B

401-245-9600

DTZ HERBST
Lisbeth

coleman REALTORS

COLEMAN REALTORS
BARRINGTON OFFICE

HJ'S COPY

FACSIMILE TRANSMITTAL SHEET

TO: Harold Jacobs I
FROM: David Coleman
FAX NUMBER: 781-274-0409
DATE: 8/19/03
COMPANY:
TOTAL # OF PAGES INCLUDING COVER: 4
PHONE NUMBER:
RE: 10-12 Payne, Barrington

NOTES/COMMENTS:

Rick,
New proposal from Buyer Daniell
Hopefully you can read it.
Please call anytime.
Best Regards
D

PS.
Rick, I'm leaving Wednesday morning @ 6:00 AM driving son to college in N. Carolina. I will be on cell 401-529-1600 and have coverage at office

210 COUNTY ROAD P.O. BOX 99 BARRINGTON, RI 02806
PHONE: 401-245-3050 FAX: 401-247-0002

**RESIDENTIAL PROPERTIES LTD**

Providence, RI 02903 401-274-6740 Fax: 272-9044 Office Code: Resi
Cumberland RI 02864 401-333-9333 Fax: 333-6019 Office Code Resi 06
E. Greenwich, RI 02864 401-885-8400 Fax: 885-9250 Office Code: Resi 03
Barrington, RI 02806 401-245-9600 Fax: 245-9636 Office Code Resi 05
Wakefield, RI 02879 401-788-0711 Fax: 788-0199 Resi Code: Resi 04

Date 8/18/03

Received of William B. & Luisa Danzell

Address 65 Brams Pt. Rd, Hilton Head SC 29926

The sum of $500-

for deposit to purchase property at 10-12 Payne Rd, Barrington RI 02806

for the sum of $1,425,000* (See attached Addendum A)

A deposit totaling 5 % of purchase price is to be paid upon signing of Sales Agreement.

Offer subject to the following terms and conditions.

1. Good and sufficient warranty deed to be delivered on or before 11/1/03
2. Water, sewer, oil charges and rents if any, shall be prorated on date of closing.
3. Real estate taxes shall be prorated on the calendar / fiscal year.

*4. Buyer(s) to obtain a termite and woodboring insect inspection at their expense.

*5. Buyer(s) to obtain a building and radon inspection at their expense to establish there are no existing materially deficient conditions, which have not been disclosed to Buyer(s) prior to the execution of this offer.

6. Subject to the execution of formal Purchase and Sales Agreement mutually satisfactory to Buyer(s) and Seller(s).
7. Houses sold "as is"
8. Seller to take back a note for $200,000 @ closing (see attached explanation).

**Inspections to be completed within 10 calendar days of Sales Agreement.*

Items included in sale: As per MLS (equipment in both houses)

Items excluded in sale:

Deposit to be returned if offer is not accepted.

9. Present lease for tenant on property to be transferred to new own.

Residential Properties Ltd.

by [signature]

mls agent code 6028

office code RESI 05

(I) (We) hereby agree to purchase the above described property at the price and in accordance with the terms herein stated.

[signature] 8-18-03

| Buyer | Date | Buyer | Date |
|---|---|---|---|

(I) (We) hereby agree to sell the above described property at the price and terms above stipulated; a commission of % is to be paid by Seller(s) to Residential Properties Ltd.

| Seller | Date | Seller | Date |
|---|---|---|---|

REV 4/03

# Addendum A

At closing, buyers to pay $1,225,000 & Seller to take back a $200,000 1 year note (interest to be "prime + 1")

Varience needed to buyer to add on or construct new house on site.

If varience is obtained, at end of 1 year period, buyer will repay the principle of $200,000, plus interest.

If varience is denied, buyer will be obligated to pay 1/2 of loan amount (or $100,000 plus interest).