# EXHIBIT C

Danzell



CONSERVATION COMMISSION

TOWN OF BARRINGTON
RHODE ISLAND
02806
TEL. 401-247-1900

October 5, 2004

William and Louisa Danzell
c/o Anthony DeSisto
One Turks Head Place
Suite 1010
Providence, RI 02903

Re: Zoning Application # 3226

Dear Mr. DeSisto:

Your zoning application, noted above, requires the Conservation Commission to make a recommendation to the Zoning Board. We will formally review your submission at our meeting on Tuesday, October 12th. We normally meet in the School Committee Meeting Room (south side of Town Hall) at 7:30 PM and Zoning items are at the top of our agenda.

It is not required that you attend this meeting, but you are encouraged to do so. We find we make far more intelligent recommendations when an applicant has described to us the intended use of the property for which the application is made.

I do not find your application to be in conformance with Section 185.61 of the Town's Zoning Ordinance. The Commission would appreciate your correcting this matter prior to our meeting.

Prior to our meeting members of the Commission may be visiting your property to make a visual observation of the current conditions.

If you have any questions regarding our review of your plan, please call me at your convenience. My business telephone number is 245-2500; my home telephone number is 245-5513.

Respectfully yours,

Robert A. Ryan

Robert A. Ryan
Commission Chairperson

cc: William and Louisa Danzell, 10 Payne Road, Barrington, RI 02806