AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

JAMES REYELT

v.

William B. Danzell et al

APPEARANCE

CASE NUMBER: 06-0057 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for DEFENDANTS - William B. Danzell & Louisa F. Beenker Danzell

I certify that I am admitted to practice in this court.

10/16/06
*Date*

Kathleen M Daniels
*Signature*

Kathleen M Daniels 4766
*Print Name* *Bar Number*

DeSisto Law
211 Angell St
*Address*

Providence RI 02906
*City* *State* *Zip Code*

(401) 272-4442 (401) 272-9937
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.