UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES H. REYELT,

*Plaintiff,*

vs. C.A. No. 06-057 ML

WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,

*Defendants.*

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE PRETRIAL MEMORANDUM**

Now comes defendants in the above-captioned matter and hereby move for an extension in which to file Pretrial Memoranda, from December 20, 2006 to January 30, 2007. In support thereof, defendants represent that due to scheduling conflicts, a settlement conference has been rescheduled to January 10, 2007. Defendants state that plaintiff has assented to this extension for both sides to file Pretrial Memoranda.

Defendants,
By their attorney,

*/s/ Kathleen M. Daniels*

Marc DeSisto, Esq. (#2757)
Kathleen M. Daniels, Esq. (#4766)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
Kathleen@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 17, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Kathleen M. Daniels*
Kathleen M. Daniels