UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES H. REYELT,<br>*Plaintiff,*<br>vs.<br>WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,<br>*Defendants.* | C.A. No. 06-057 ML |

**JOINT MOTION TO EXTEND TIME**
**TO FILE PRETRIAL MEMORANDA**

Now come the parties and hereby jointly move for an extension of time in which to file Pretrial Memoranda in the above-captioned matter. The parties specifically request a two (2) week extension, from January 30, 2007 to February 14, 2007. In support thereof, the parties submit that there are some minor discovery issues that the parties are working out that should be resolved in this two (2) week time frame. Such discovery will assist in the parties in the drafting of the Pretrial Memoranda.

WHEREFORE, the parties respectfully request an extension of time up to and including February 14, 2007, within which to file Pretrial Memoranda.

Plaintiff,
By his attorney,

*/s/ Gordon P. Cleary*

Gordon P. Cleary, Esq. (#1948)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 Fax
gcleary@vetterandwhite.com

Defendants,
By their attorneys,

*/s/ Marc DeSisto*
*/s/ Kathleen M. Daniels*

Marc DeSisto, Esq. (#2757)
Kathleen M. Daniels, Esq. (#4766)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com
kathleen@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on January 25, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Kathleen M. Daniels*

Kathleen M. Daniels, Esq.