UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES H. REYELT,<br>*Plaintiff,*<br>vs.<br>WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,<br>*Defendants.* | C.A. No. 06-0057ML |

**DEFENDANTS' CONSENTED TO MOTION TO AMEND THE ANSWER TO ADD THE AFFIRMATIVE DEFENSE OF WAIVER**

Now come the defendants and move for an order allowing them to file an amended answer which includes the affirmative defense of "waiver." Defendants' proposed amended answer is attached as Exhibit A. Defendants rely on their memorandum of law attached and incorporated herein.

Defendants,
By their attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on February 28, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES H. REYELT,<br>*Plaintiff,*<br>vs.<br>WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,<br>*Defendants.* | C.A. No. 06-0057ML |

**AMENDED ANSWER OF DEFENDANTS,**
**WILLIAM B. DANZELL AND LOUISA F. BEENKER DANZELL**

Now come defendants, William B. Danzell and Louisa F. Beenker Danzell and hereby answer plaintiff's Complaint as follows:

1. These Defendants admit the allegations contained in Paragraphs 1, 2, 3, 4 and 6 of the plaintiff's complaint.

2. These Defendants make no response to the allegations contained in Paragraph 5 and state that the agreement attached as Exhibit A speaks for itself.

3. These Defendants deny the allegations contained in Paragraphs 7 and 8 of the plaintiff's complaint.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

These defendants plead waiver as a bar to the within complaint.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on , and is available for viewing and downloading from the ECF system.

______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES H. REYELT,<br>*Plaintiff,*<br>vs.<br>WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL,<br>*Defendants.* | C.A. No. 06-0057ML |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO AMEND THE ANSWER**

Defendants seek to amend their answer to include the affirmative defense of waiver. As outlined in their pretrial memorandum of law, defendants submit that the three month timeframe to file for a variance as set out in the agreement is not a material part of the contract. However, if necessary, defendants intend to prove that the plaintiff, by his actions, waived this three month time period.

In order to preclude any issue as to whether this defense, if needed, is waived, defendants seek to file an amended answer to include it. Plaintiff's counsel has no objection to the filing of an amended answer to include the affirmative defense of waiver.

Wherefore, defendants respectfully request that their motion to amend their answer to include the affirmative defense of waiver be granted.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on February 28, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq.