UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES H. REYELT

vs. CA 06-057ML

WILLIAM B. DANZELL

ORDER

I hereby recuse myself from participation in the above-referenced matter and this case is hereby transferred to Senior Judge Ronald R. Lagueux.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
March 7, 2007

Entered as an Order of this Court on March 7, 2007.

Barbara Barletta
Deputy Clerk