UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-0057L |
| v. | ) | |
| | ) | |
| WILLIAM B. DANZELL and | ) | |
| LOUISA F. BEENKER DANZELL, | ) | |
| Defendants | ) | |

**MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL PRETRIAL MEMORANDUM**

Plaintiff, James Reyelt, moves to supplement his pretrial memorandum. Plaintiff represents that defendants have no objection to this motion. Plaintiff's supporting memorandum is filed herewith.

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: April 27, 2007

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that I electronically filed this Motion on April 27, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| | ) | C.A. No. 06-0057L |
| v. | ) | |
| | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL PRETRIAL MEMORANDUM**

This matter is scheduled for trial beginning the afternoon of May 2, 2007. Plaintiff seeks leave to file a two-page supplement to his pretrial memorandum. The supplemental memorandum cites and discusses the law of "best efforts" as it applies in this case, and may be of help to the Court. Defendants' counsel has reviewed the supplemental memorandum and has no objection to its filing.

For these reasons, plaintiff respectfully requests that his motion to file a supplement to his pretrial memorandum be granted.

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: April 27, 2007

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that I electronically filed this Memorandum on April 27, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary