Case 1:06-cv-00057-L-DLM Document 39 Filed 04/27/2007 Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| | ) | C.A. No. 06-0057L |
| v. | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL PRETRIAL MEMORANDUM**

Plaintiff, James Reyelt, moves to supplement his pretrial memorandum. Plaintiff represents that defendants have no objection to this motion. Plaintiff's supporting memorandum is filed herewith.

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: April 27, 2007

Granted: Ronald R. Lagueux
Sr. USDJ 5/1/07