UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES H. REYELT
Plaintiff

v. C.A. No. **06-57L**

WILLIAM B. DANZELL AND
LOUISE BEENKER DANZELL
Defendants

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**JUDGMENT** is entered for the Plaintiff, JAMES H. REYELT against the defendants, WILLIAM DANZELL AND LOUISE BEENKER DANZELL in the amount of $100,000.00 plus pre judgment interest of $4,877.72 and $3,320.00 for a total judgment of $108,197.72, in accordance with a decision dated 9/20/07.

Deputy Clerk
September 21, 2007