UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES H. REYELT, Plaintiff | ) | |
| | ) | C.A. No. 06-0057ML |
| v. | ) | |
| WILLIAM B. DANZELL and LOUISA F. BEENKER DANZELL, Defendants | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that James H. Reyelt, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit, from the Decision entered in this action on the 20th day of September, 2007, and the Judgment entered in this action on the 21st day of September, 2007.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: October 15, 2007

CERTIFICATE OF SERVICE

To:

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

I hereby certify that I served the above identified counsel of record by mailing Unites States mail, first class postage prepaid, on the 15th day October, 2007.