10-22-07
1 noa cu RI
Christine

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

COA # 07-2603

RECEIVED
OCT 22 2007
BY: U.S. Court of Appeals

October 18, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 06-57L***

Dear Mr. Donovan:

Enclosed herewith you will find the record on appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:
Barbara J. Gilfillan
DEPUTY CLERK