David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy

October 26, 2007

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: Appeal CA 06-57L ; Reyelt v. Danzell

Dear Mr. Donovan:

Please find enclose the **ORIGINAL** exhibits from the bench trial.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

Enclosed:

Plaintiff's 1-5, 6a-d, 7, 9, 10,11, 12a, 14, 15, 20, 21- 26, 28, 29, 31
Defendant's - F, S, Q

CCA # 07-2603
10-29-07